IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIMOTHY WATKINS**                                        **PLAINTIFF**

v.                              No. 4:12-cv-555-DPM

**BRAD PERKINS; DAVID SMITH;**
**and BILLY'S TRUCKING**                           **DEFENDANTS**

ORDER

The Court was unclear in its 7 December 2013 Order, *Document No. 16*, about how the Clerk should handle the materials Watkins submitted to chambers. It was the Court's intention that those materials be filed separately and docketed as Watkins's response to the motion to dismiss, *Document No. 13*. Instead, the Clerk attached the materials to the Court's December 7th Order. The Court directs the Clerk to correct the docket sheet: Watkins's materials should be docketed separately as a response to Perkins and Smiths's motion to dismiss. The Court appreciates the Clerk making this correction.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 February 2012