IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIMOTHY WATKINS**                                                                 **PLAINTIFF**

v.                                          No. 4:12-cv-555-DPM

**BILLY'S TRUCKING**                                                             **DEFENDANT**

ORDER

The Court ordered Watkins to show cause why his claims against Billy's Trucking should not be dismissed for lack of service. *Document No. 20.* He has responded, saying that Billy's Trucking, the remaining defendant, has been elusive. *Document No. 21, at 6.* The Marshal must make service because Watkins is IFP. But Watkins has provided no information about Billy's Trucking other than a P.O. Box number. *Document No. 2-1.* Attempted service by mail at that address failed. *Document No. 11.* The Marshal needs more information to make service.

The Court directs Watkins to file more information about Billy's Trucking, including a street address, a telephone number, the name of the owner or registered agent for the business, and contact information for that person. Watkins must file this information by 29 March 2013. Failure to do

so will probably result in the dismissal of Watkins's claim against Billy's Trucking without prejudice. FED. R. CIV. P. 4(m). The time for serving Billy's Trucking is reopened and extended until 19 April 2013.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 March 2013