IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIMOTHY WATKINS**                                                                                   **PLAINTIFF**

v.                                              No. 4:12-cv-555-DPM

**BILLY'S TRUCKING**                                                                              **DEFENDANT**

ORDER

Motion, № 47, denied. The Court is unable to understand what relief, if any, Watkins is seeking.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 August 2013