IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY WATKINS                                                       PLAINTIFF

v.                        No. 4:12-cv-555-DPM

BILLY'S TRUCKING; BRAD
PERKINS, in his individual
capacity; and DAVID SMITH,
in his individual capacity                                            DEFENDANTS

### ORDER

The Court directs the Clerk to prepare and deliver a summons, along with a copy of the Court's Order, № 62, and the Amended Complaint, № 67, to the U.S. Marshal for service on Brad Perkins and David Smith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 Feb. 2014