IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY WATKINS                                                          PLAINTIFF

v.                                    No. 4:12-cv-555-DPM

BILLY'S TRUCKING; BRAD
PERKINS, in his individual
capacity; and DAVID SMITH,
in his individual capacity                                              DEFENDANTS

ORDER

Motion, № 71, granted. Watkins's response to Billy's Trucking's answer, № 69, is stricken as unnecessary and because it was filed without permission. FED. R. CIV. P. 12(f). The Final Scheduling Order, № 25, is vacated. An Amended Final Scheduling Order will issue. The Court directs Billy's Trucking and Watkins to exchange initial disclosures, FED. R. CIV. P. 26(a)(1), by 31 March 2014.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 March 2014