IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY WATKINS                                            PLAINTIFF

v.                          No. 4:12-cv-555-DPM

BILLY'S TRUCKING; BRAD
PERKINS, in his individual
capacity; and DAVID SMITH,
in his individual capacity                              DEFENDANTS

## ORDER

Watkins's motion to compel, № 88, is denied without prejudice. See the Amended Final Scheduling Order, № 85 at 3, on how to handle discovery disputes.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 May 2014