IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY WATKINS                                                              PLAINTIFF

v.                              No. 4:12-cv-555-DPM

BRAD PERKINS; BILLY'S TRUCKING;
and DAVID SMITH                                                             DEFENDANTS

ORDER

The Court directs counsel for Perkins and Smith, counsel for Billy's Trucking, and Watkins to meet and confer by telephone and attempt to resolve any remaining discovery disputes. № 99 & 105. Joint report due by 19 November 2014.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 November 2014