IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY WATKINS                                              PLAINTIFF

v.                      No. 4:12-cv-555-DPM

BILLY'S TRUCKING; BRAD
PERKINS, in his individual
capacity; and DAVID SMITH,
in his individual capacity                                  DEFENDANTS

## ORDER

The summary judgment papers don't comply with the Amended Final Scheduling Order and must be cured.

**1.** Billy's Trucking is directed to supplement its exhibits with a complete condensed copy of Watkins's deposition. № 85 at 3. Billy's Truckings' supplement is due by 2 December 2014.

**2.** Watkins needs to file a substituted responding statement of material facts that conforms to the Court's Amended Final Scheduling Order. № 85 at 3. Watkins must repeat each statement being responded to, then respond to the statement, and include a specific supporting page of the record for each fact disputed or asserted in his response. № 85 at 3. Watkins's substituted responding statement is due by 10 December 2014.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 November 2014