# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TIMOTHY WATKINS**                                                    **PLAINTIFF**

**v.**                              **No. 4:12-cv-555-DPM**

**BRAD PERKINS and DAVID SMITH,**
**in their individual capacities**                          **DEFENDANTS**

## ORDER

Watkins's motion for summary judgment is incomplete.  He must file

a separate statement of undisputed material facts. Local Rule 56.1; *№ 85 at 3*.

Watkins's statement is due by 21 January 2015.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 January 2015