IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY WATKINS                                                       PLAINTIFF

v.                              No. 4:12-cv-555-DPM

BRAD PERKINS and DAVID SMITH,
both individually, and BILLY'S TRUCKING                    DEFENDANTS

## JUDGMENT

All Watkins's claims against Billy's Trucking, Brad Perkins, and David Smith are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 February 2015