IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIMOTHY WATKINS                                                                         PLAINTIFF

v.                                        No. 4:12-cv-555-DPM

BRAD PERKINS, Individually; and
DAVID SMITH, Individually                                                              DEFENDANTS

ORDER

This Court has received the Court of Appeals' mandate, № 142, and part of this case has returned for more proceedings. Because of a recent change in circumstances, I recuse. A law clerk who joined my chambers in August 2015 is related to defendant David Smith. The law clerk is Smith's nephew. I learned of this family relationship today. The law clerk hasn't done any work on this case. But in these circumstances, a person might reasonably question my impartiality in handling the case from here on. 28 U.S.C. § 455(a). The Clerk of Court must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 November 2015