# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WATKINS | * | |
|     PLAINTIFF | * | |
| | * | |
| V. | * | CASE NO. 4:12CV00555 SWW |
| | * | |
| BRAD PERKINS | * | |
|     DEFENDANT | * | |

## **JUDGMENT on JURY VERDICT**

This action came on for trial on April 8, 2019, before a jury, the Honorable Susan Webber Wright, United States District Judge, presiding. The issues having been duly tried and the jury having rendered its verdict on April 9, 2019 on the sole remaining claim of Plaintiff Timothy Watkins against Defendant Brad Perkins; now therefore, pursuant to the verdict,

IT IS ORDERED AND ADJUDGED that Plaintiff Timothy Watkins takes nothing on his complaint against Defendant Brad Perkins, and this action is dismissed with prejudice.

IT IS SO ORDERED THIS 23rd DAY OF APRIL, 2019.

                                                /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE